E-Filing

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )   Docket Number: CR 05-0283-15 JSW
)
SOSAIA TOVIKO TAUELANGI )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ March 2, 2006, _____ be continued until _____ April 13, 2006 _____ at _____ 2:30 p.m. _____.

Date: FEB 2 4 2006

_____
The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04